# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Clifford E. Turner**, | Bankruptcy No. 14-12599 |
| Debtor. | Honorable Jacqueline P. Cox |

## AMENDED CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney, hereby certify that on March 31, 2017, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Reorganized Debtor's Motion for Final Decree and to Authorize Entry of Discharge* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List and by U.S. mail on all other persons identified on the attached Service List.

                                                             */s/ Ariane Holtschlag*

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| Robert L Dawidiuk | rdawidiuk@collinslaw.com |
| William J Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com |
| Ariane Holtschlag | aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com |
| Cari A Kauffman | ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

Stephen G Wolfe  steve.g.wolfe@usdoj.gov,
jennifer.r.toth@usdoj.gov

{00059980}

Service List
Case 14-12599

First National Bank of Brookfield
The Collins Law Firm
1770 Park Street
Suite 200
Naperville, IL 60563-5432

PERITUS PORTFOLIO SERVICES II, LLC
PO BOX 141419
Irving, Tx 75014-1419

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

Adventist Hospital
500 Remington Blvd
Bolingbrook, IL 60440-4988

Adventist Hospital
75 Remittance Drive, Ste 6097
Chicago, IL 60675-6097

American InfoSource LP as agent for
DIRECTV, LLC
Mail Station N387
2230 E Imperial Hwy
El Segundo, CA 90245-3504

Associated Receivable
P O Box 212609
Augusta, GA 30917-2609

Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622-1131

Bank of America
Attn: Correspondence Unit
Po Box 5170
Simi Valley, CA 93062-5170

Blatt Hasenmiller Leibsker & Moore
125 S Wacker Drive, Ste #400
Chicago, IL 60606-4440

Bolingbrook Cardiology
c/o Creditors Collection Bureau
PO Box 63
Kankakee, IL 60901-0063

Boulevard Pediatrics
30 E 15th Street, Ste 205
Chicago Heights, IL 60411-3476

Business Revenue Syste
2419 Spy Run Ave Ste A
Fort Wayne, IN 46805-3262

CET Enterprises #2, Inc
362 N Schmidt Road
Bolingbrook, IL 60440-1769

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank (USA), NA
PO Box 6492
Carol Stream, IL 60197-6492

Cardiovascular Consultants of Naper
100 Spalding Drive, Ste 212
Naperville, IL 60540-6552

Chase
Po Box 15298
Wilmington, DE 19850-5298

City of Chicago
c/o Markoff Krasny
29 N. Wacker #550
Chicago, IL 60606-2851

Cleveland Heartlab, Inc
PO Box 76150
Cleveland, OH 44101-4204

Creditors Collection B
Pob 63
Kankakee, IL 60901-0063

Darlyn Turner
1024 Caroline Court
Naperville, IL 60565-3412

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Deutsche Bank National Trust
c/o Fisher Shapiro LLC
2121 Waukegan Road, 301
Bannockburn, IL 60015-1831

DuPage Medical Group
15921 Collections Center Drive
Chicago, IL 60693-0159

DuPage Urology
1259 Rickert Drive, Ste 200
Naperville, IL 60540-8941

Edward Health Ventures
26185 Network Place
Chicago, IL 60673-1261

| | | |
|---|---|---|
| Edward Hospital<br>PO Box 4207<br>Carol Stream, IL 60197-4207 | Emergency Healthcare<br>Physicians<br>c/o State Collection Services<br>PO Box 3250<br>Madison, WI 53704-0250 | First National Bank of Brookfield<br>9136 Washington Ave<br>Brookfield, IL 60513-1346 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164-0378 | IC System Inc<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Ideal Enterprises, Inc<br>PO Box 3021<br>Peoria, IL 61612-3021 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago,Illinois 60664-0338 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, Illinois 60604-1705 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kass Management<br>2000 N Racine Ave, #4400<br>Chicago, IL 60614-4045 | Kass Management Services, Inc<br>c/o Peter Anthony Johnson<br>4 East Huron<br>Chicago, IL 60611 |
| Laboratory & Pathology Diagnostics<br>Dept 4387<br>Carol Stream, IL 60122-0001 | Linebarger, Goggan, Blair Sampson<br>Illinois Dept of Revenue<br>233 S Wacker Drive, Ste 4030<br>Chicago, IL 60606-6379 | Max Advance LLC<br>4208 18th Avenue<br>Brooklyn, NY 11218-5720 |
| Mbb<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1331 | Mcsi Inc<br>Po Box 327<br>Palos Heights, IL 60463-0327 | Med Busi Bur<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1349 |
| Medical Data Systems I<br>2150 15th Ave<br>Vero Beach, FL 32960-3436 | Merchant Credit Guide<br>223 W Jackson Blvd, #700<br>Chicago, IL 60606-6914 | Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606-6974 |
| Miramed Revenue Group, LLC<br>Dept 77304<br>PO Box 77000<br>Detroit, MI 48277-2000 | NCO Financial Systems<br>Po Box 15270<br>Wilmington, DE 19850-5270 | Naperville Radiologists<br>6910 S Madison Street<br>Willowbrook, IL 60527-5504 |
| Nco Fin/09<br>Attention: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | Nco Financial Systems,<br>600 Holiday Plaza Dr Ste<br>Matteson, IL 60443-2238 |

| | | |
|---|---|---|
| Nevada Professional Co<br>10601 Grant Rd Ste 214<br>Houston, TX 77070-4476 | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 | Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148-6408 |
| Professional Clinical Laboratories<br>555 W Court Street, Ste 300<br>Kankakee, IL 60901-3600 | Santander Consumer USA Inc.<br>P. O. Box 560284<br>Dallas TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Select Portfolio Servicing<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | State Collection Servi<br>Attn: Bankruptcy<br>2509 S Stoughton Rd<br>Madison, WI 53716-3314 | State of California<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Stellar Recovery Inc<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216-8035 | Steven C. Weitz, Esq.<br>Weitz & Schwartz, P.A.<br>900 S.E. 3rd Avenue, Suite 204<br>Fort Lauderdale, FL 33316-1118 | Suburban Radiologists<br>1446 Momentum Place<br>Chicago, IL 60689-0001 |
| US Bank N.A. as Trustee<br>c/o Codilis & Associates, PC<br>15W030 N. Frontage Rd., Suite 100<br>Burr Ridge, IL 60527-6921 | Velocity Merchant Serv<br>2021 Midwest Rd Ste 302<br>Oak Brook, IL 60523-1372 | Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 |