## IN UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 14-12599 |
| | ) | |
| CLIFFORD E. TURNER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | CHICAGO |
| | ) | |
| | ) | Hearing Date:  May 4, 2017, at 10:00 a.m. |
| | ) | C.S.T. |

### NOTICE OF FILING

TO:    SERVICE LIST

PLEASE TAKE NOTICE THAT on this 2nd day of May, 2017, I caused to be filed with the Clerk of the above Court, *First National Bank of Brookfield's Objection to Debtor's Motion for Final Decree and to Authorize Entry of Discharge,* a copy of which is attached hereto and hereby served upon you.

**FIRST NATIONAL BANK OF BROOKFIELD**


By:   /s/ Robert L. Dawidiuk
        One of its Attorneys

Robert L. Dawidiuk, ARDC #6282717
Jeffrey M. Cisowski, ARDC #6308759
Jordan C. Olejniczak, ARDC #6317823
THE COLLINS LAW FIRM, P.C.
1770 Park Street, Suite 200
Naperville, IL  60563
Tel:  630-527-1595
E-mail: rdawidiuk@collinslaw.com
E-Mail: jcisowski@collinslaw.com
E-mail: jolejniczak@collinslaw.com

## <u>CERTIFICATE OF SERVICE</u>

       I, Robert L. Dawidiuk, an attorney, hereby certify that a copy of ***First National Bank of Brookfield's Objection to Debtor's Motion for Final Decree and to Authorize Entry of Discharge****,* along with this *Notice,* was served upon the persons named below via ECF, electronic notice, or via first-class mail by depositing the same in the U.S. mail, proper postage prepaid, in Naperville, Illinois, on May 2, 2017.


<u>SERVICE LIST</u>

William J Factor
wfactor@wfactorlaw.com
wfactorlaw@gmail.com
bharlow@wfactorlaw.com
wfactor@ecf.inforuptcy.com
wfactormyecfmail@gmail.com

Ariane Holtschlag
aholtschlag@wfactorlaw.com
bharlow@wfactorlaw.com
gsullivan@ecf.inforuptcy.com

Cari A Kauffman
ckauffman@sormanfrankel.com
dfrankel@sormanfrankel.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Stephen G Wolfe
steve.g.wolfe@usdoj.gov
jennifer.r.toth@usdoj.gov

## IN UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **NO. 14-12599** |
| | ) | |
| **CLIFFORD E. TURNER,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **Hon. Jacqueline P. Cox** |
| | ) | **CHICAGO** |
| | ) | |
| | ) | **Hearing Date:  May 4, 2017, at 10:00 a.m.** |
| | ) | **C.S.T.** |

### FIRST NATIONAL BANK OF BROOKFIELD'S OBJECTION TO DEBTOR'S MOTION FOR FINAL DECREE AND TO AUTHORIZE ENTRY OF DISCHARGE

NOW COMES FIRST NATIONAL BANK OF BROOKFIELD ("FNBB"), by and through its attorneys, The Collins Law Firm, P.C., for its Objection to Debtor's, CLIFFORD E. TURNER ("Debtor"), Motion for Final Decree and to Authorize Entry of Discharge (the "Motion"), pursuant to 11 U.S.C. §§ 350, 1141 and in support of its objection, states as follows:

### Background

1.      Debtor's First Amended Plan of Reorganization dated October 3, 2014 (the "Plan") was approved by this Court on December 5, 2014.

2.      Debtor initially made payments under the Plan but around November, 2015 the Debtor fell behind on his payments to FNBB.

3.      FNBB has notified Debtor and its counsel on numerous occasions of the past due balance.  As of the date of this Objection, Debtor is approximately two (2) months behind on his Plan payments to FNBB.

4.      On or about March 31, 2017 Debtor filed the instant Motion asking this Court to, *inter alia*, grant him a discharge, issue a final decree, and thereafter close the instant case.

## ARGUMENT

5.       Debtor's Motion argues that Debtor is entitled to a discharge because, *inter alia*, he is current on his payments under the Plan, including the payments due to FNBB.  *See* Motion at ¶¶ 13, 20; chart on pg. 6.

6.       However, Debtor made irregular and late payments during the time since the Plan was approved and made no payment for the month of November, 2015.  A true and accurate copy of the Payment History for the subject FNBB Loan is attached hereto as Exhibit A and incorporated herein by reference.

7.       Despite repeated demands, Debtor has failed or otherwise refused to bring the payments current.

8.       As of April 28, 2017, the outstanding balance of the FNBB Loan is $1,113,781.58.  *See* Exhibit A.

9.       Therefore, because Debtor is behind on his payments to secured creditor, FNBB, and because the amount of the FNBB Loan has not been paid in full, as required by the Plan, Debtor's Motion for Final Decree and to Authorize Entry of Discharge pursuant to 11 U.S.C. §§ 350, 1141 should be denied.

WHEREFORE, Creditor, FIRST NATIONAL BANK OF BROOKFIELD, respectfully requests that this Court enter an Order, Debtor's Motion for Final Decree and to Authorize Entry of Discharge pursuant to 11 U.S.C. §§ 350, 1141, and granting any other relief that this Court deems equitable and just.

Robert L. Dawidiuk, ARDC #6282717
Jeffrey M. Cisowski, ARDC #6308759
Jordan C. Olejniczak, ARDC #6317823
THE COLLINS LAW FIRM, P.C.
1770 Park Street, Suite 200
Naperville, IL  60563
Tel:  630-527-1595

Dated: May 2, 2017
Respectfully Submitted,

**FIRST NATIONAL BANK
OF BROOKFIELD**

  /s/ Robert L. Dawidiuk
     One of its Attorneys