UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Clifford E. Turner<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   14-12599<br><br>Chapter:  11<br>Honorable Jacqueline Cox<br>SELECT IF OUTLYING AREA |

### Order Compelling Entry of Discharge

Upon the Motion for Final Decree and Entry of Discharge under 11 U.S.C. §§ 350 and 1141 (the "Motion") filed by Clifford E. Turner, this Court (i) having jurisdiction over the matters set forth in the Motion, (ii) finding that notice of the Motion was appropriate under the circumstances and that no further notice is required, and (iii) finding that good and sufficient cause exists to grant the relief requested in the Motion;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in all respects; and

2. The Clerk of the Court is directed to enter a discharge for Clifford E. Turner; and

3. After discharge is entered, the Clerk of the Court is directed to close the case.

Enter:   *Jacqueline P. Cox*
         *J. Cox*

Dated:  6/28/17

United States Bankruptcy Judge

**Prepared by:**
William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 878-4830
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
 aholtschlag@wfactorlaw.com

Rev: 20120501_bko