| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Clifford E Turner** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1082** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | |
| Case number:  **14–12599** | | |

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Clifford E Turner

June 30, 2017                                                                         **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                                                     United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                Case No. 14-12599-JPC
Clifford E Turner                                                     Chapter 11
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: vgossett              Page 1 of 3            Date Rcvd: Jun 30, 2017
                              Form ID: 3180RI             Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2017.
db             +Clifford E Turner,    1024 Caroline Court,    Naperville, IL 60565-3412
22063441       +Adventist Hospital,    500 Remington Blvd,    Bolingbrook, IL 60440-4988
22063440       +Adventist Hospital,    75 Remittance Drive, Ste 6097,    Chicago, IL 60675-6097
22083110       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
21757214       +Associated Receivable,    P O Box 212609,    Augusta, GA 30917-2609
21757215       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
22063446       +Blatt Hasenmiller Leibsker & Moore,    125 S Wacker Drive, Ste #400,    Chicago, IL 60606-4440
22063444       +Boulevard Pediatrics,    30 E 15th Street, Ste 205,    Chicago Heights, IL 60411-3476
21924325        CET Enterprises #2, Inc,    362 N Schmidt Road,    Bolingbrook, IL 60440-1769
22063447       +Cardiovascular Consultants of Naper,    100 Spalding Drive, Ste 212,    Naperville, IL 60540-6552
21757220       +City of Chicago,    c/o Markoff Krasny,    29 N. Wacker #550,    Chicago, IL 60606-2851
22063448       +Cleveland Heartlab, Inc,    PO Box 76150,    Cleveland, OH 44101-4204
21757222       +Darlyn Turner,    1024 Caroline Court,    Naperville, IL 60565-3412
21757223       +Deutsche Bank National Trust,    c/o Fisher Shapiro LLC,    2121 Waukegan Road, 301,
                 Bannockburn, IL 60015-1831
22063449       +DuPage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0159
22063450       +DuPage Urology,    1259 Rickert Drive, Ste 200,    Naperville, IL 60540-8941
22063451       +Edward Health Ventures,    26185 Network Place,    Chicago, IL 60673-1261
22063453       +Emergency Healthcare,    Physicians,    c/o State Collection Services,    PO Box 3250,
                 Madison, WI 53704-0250
21757224       +First National Bank of Brookfield,    9136 Washington Ave,    Brookfield, IL 60513-1346
21924328      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: IL Dept of Revenue,     Lien Unit,    PO Box 19035,
                 Springfield, IL 6279)
22063454       +Ideal Enterprises, Inc,    PO Box 3021,    Peoria, IL 61612-3021
22063456       +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
24342119       +Internal Revenue Service,    Mail Stop 5014CHI,    230 S. Dearborn Street, Room 2600,
                 Chicago, Illinois 60604-1705
22063457       +Kass Management,    2000 N Racine Ave, #4400,    Chicago, IL 60614-4045
22063458        Kass Management Services, Inc,    c/o Peter Anthony Johnson,    4 East Huron,    Chicago, IL 60611
22063459       +Laboratory & Pathology Diagnostics,    Dept 4387,    Carol Stream, IL 60122-0001
22063465       +Linebarger, Goggan, Blair Sampson,    Illinois Dept of Revenue,    233 S Wacker Drive, Ste 4030,
                 Chicago, IL 60606-6379
21924327        Max Advance LLC,    4208 18th Avenue,    Brooklyn, NY 11218-5720
21757227       +Mbb,   1460 Renaissance Dr,    Park Ridge, IL 60068-1331
21757228       +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
21757229       +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
21757230       +Medical Data Systems I,    2150 15th Ave,    Vero Beach, FL 32960-3436
22063460       +Merchant Credit Guide,    223 W Jackson Blvd, #700,    Chicago, IL 60606-6914
21757231       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
21757237      ++NORTHERN LEASING SYSTEMS INC,    525 WASHINGTON BLVD 15 FLOOR,    JERSEY CITY NJ 07310-2603
               (address filed with court: Northern Leasing Syste,     132 W 31st St Fl 14,    New York, NY 10001)
22063462       +Naperville Radiologists,    6910 S Madison Street,    Willowbrook, IL 60527-5504
21757233        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
22063463       +Professional Clinical Laboratories,    555 W Court Street, Ste 300,    Kankakee, IL 60901-3600
21757240       +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
21757241       +State Collection Servi,    Attn: Bankruptcy,    2509 S Stoughton Rd,    Madison, WI 53716-3314
21757242       #+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
21757243       +Steven C. Weitz, Esq.,    Weitz & Schwartz, P.A.,    900 S.E. 3rd Avenue, Suite 204,
                 Fort Lauderdale, FL 33316-1118
22063464       +Suburban Radiologists,    1446 Momentum Place,    Chicago, IL 60689-0001
21757244       +US Bank N.A. as Trustee,    c/o Codilis & Associates, PC,    15W030 N. Frontage Rd., Suite 100,
                 Burr Ridge, IL 60527-6921
21757246       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22063442       +EDI: ATTWIREBK.COM Jul 01 2017 00:18:00      AT&T,   PO Box 5080,    Carol Stream, IL 60197-5080
21757216       +EDI: BANKAMER.COM Jul 01 2017 00:18:00      Bank of America,    Attn: Correspondence Unit,
                 Po Box 5170,    Simi Valley, CA 93062-5170
22063443       +E-mail/Text: clerical.department@yahoo.com Jul 01 2017 00:48:05      Bolingbrook Cardiology,
                 c/o Creditors Collection Bureau,    PO Box 63,    Kankakee, IL 60901-0063
21757217       +E-mail/Text: payments@brsi.net Jul 01 2017 00:50:20      Business Revenue Syste,
                 2419 Spy Run Ave Ste A,    Fort Wayne, IN 46805-3262
21757218       +EDI: CAPITALONE.COM Jul 01 2017 00:18:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
22030353        EDI: CAPITALONE.COM Jul 01 2017 00:18:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
22063445        EDI: CAPITALONE.COM Jul 01 2017 00:18:00      Capital One Bank (USA), NA,    PO Box 6492,
                 Carol Stream, IL 60197-6492
21757219       +EDI: CHASE.COM Jul 01 2017 00:23:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21757221       +E-mail/Text: clerical.department@yahoo.com Jul 01 2017 00:48:05      Creditors Collection B,
                 Pob 63,    Kankakee, IL 60901-0063
```

```
District/off: 0752-1           User: vgossett              Page 2 of 3                   Date Rcvd: Jun 30, 2017
                               Form ID: 3180RI             Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
24342118       +EDI: IRS.COM Jul 01 2017 00:18:00      Department of the Treasury,    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
22063452       +E-mail/Text: bankruptcy@edward.org Jul 01 2017 00:49:24      Edward Hospital,    PO Box 4207,
                 Carol Stream, IL 60197-4207
22248601       +EDI: CALTAX.COM Jul 01 2017 00:23:00      Franchise Tax Board,    Bankruptcy Section MS A340,
                 Franchise Tax Board,    PO Box 2952,    Sacramento, CA 95812-2952
21757225       +EDI: IIC9.COM Jul 01 2017 00:23:00      IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
22063455       +EDI: IIC9.COM Jul 01 2017 00:23:00      IC System Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
21777601       +EDI: ATTWIREBK.COM Jul 01 2017 00:18:00      Illinois Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
22086967        E-mail/Text: rev.bankruptcy@illinois.gov Jul 01 2017 00:48:53
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago,Illinois 60664-0338
22063461       +E-mail/Text: mmrgbk@miramedrg.com Jul 01 2017 00:48:57      Miramed Revenue Group, LLC,
                 Dept 77304,    PO Box 77000,    Detroit, MI 48277-2000
21757234       +E-mail/Text: bankruptcydepartment@tsico.com Jul 01 2017 00:50:09      NCO Financial Systems,
                 Po Box 15270,    Wilmington, DE 19850-5270
21757232       +E-mail/Text: bankruptcydepartment@tsico.com Jul 01 2017 00:50:10      Nco Fin/09,
                 Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
21757235       +E-mail/Text: egssupportservices@egscorp.com Jul 01 2017 00:49:06      Nco Financial Systems,,
                 600 Holiday Plaza Dr Ste,    Matteson, IL 60443-2238
21757236       +E-mail/Text: nvprofcollections@msn.com Jul 01 2017 00:49:32      Nevada Professional Co,
                 10601 Grant Rd Ste 214,    Houston, TX 77070-4476
23887941        E-mail/Text: peritus@ebn.phinsolutions.com Jul 01 2017 00:50:23
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
21757238       +E-mail/Text: mmrgbk@miramedrg.com Jul 01 2017 00:48:57      Pellettieri,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
22429938        EDI: DRIV.COM Jul 01 2017 00:23:00      Santander Consumer USA Inc.,    P. O. Box 560284,
                 Dallas TX 75356-0284
21757239       +EDI: DRIV.COM Jul 01 2017 00:23:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
21924326       +EDI: CALTAX.COM Jul 01 2017 00:23:00      State of California,    PO Box 2952,
                 Sacramento, CA 95812-2952
21757245       +E-mail/Text: danoushk@getvms.com Jul 01 2017 00:48:26      Velocity Merchant Serv,
                 2021 Midwest Rd Ste 302,    Oak Brook, IL 60523-1372
21757247       +EDI: WFFC.COM Jul 01 2017 00:23:00      Wells Fargo,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Law Office of William J Factor, Ltd
21757213        ARM Network Enterprises
21757226*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: vgossett              Page 3 of 3              Date Rcvd: Jun 30, 2017
                              Form ID: 3180RI             Total Noticed: 73
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2017 at the address(es) listed below:

```
          Ariane   Holtschlag     on behalf of Debtor 1 Clifford E Turner aholtschlag@wfactorlaw.com,
           bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;r43923@notify.bestcase.com
          Cari A Kauffman     on behalf of Creditor    Santander Consumer USA Inc. ckauffman@sormanfrankel.com,
           dfrankel@sormanfrankel.com
          Jordan  Olejniczak     on behalf of Creditor    First National Bank of Brookfield
           jolejniczak@collinslaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert L Dawidiuk     on behalf of Creditor    First National Bank of Brookfield
           rdawidiuk@collinslaw.com
          Stephen G Wolfe     on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
          William J Factor     on behalf of Debtor 1 Clifford E Turner wfactor@wfactorlaw.com,
           wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
           ;r43923@notify.bestcase.com
                                                                                             TOTAL: 7
```